GRAZIA MASULLI, Respondent, v. IMPERIAL DRESS COMPANY, INC.,

Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.